RECEIVED
IN ALEXANDRIA, LA.
JUN 1 1 2013
TONY R. MOORE, CLERK
BY ______ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

EUGENE MUGWIZA SEKIMONYO,[2]
Petitioner

CIVIL ACTION
NO. 1:13-CV-00210

VERSUS

JANET NAPOLITANO, et al.,
Respondents

JUDGE JAMES T. TRIMBLE, JR.
MAGISTRATE JUDGE JAMES D. KIRK

JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Sekimonyo's Section 2241 application for habeas relief is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 11th day of June 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

2 Sekimonyo's name is misspelled as "Sekimono" on the docket sheet.